| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| DANNY SELLERS, | § | |
|---|---|---|
| Plaintiff, | § § § | |
| versus | § § | CIVIL ACTION NO. 1:13-CV-347 |
| CHARLES E. SAMUELS, JR., *et al.*, | § § § | |
| Defendants. | § | |

# MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Danny Sellers, an inmate confined at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brought this lawsuit against Charles E. Samuels, Jr., M. Martin, N. Vasquez, C.V. Rivera, and B. Fox.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this action be dismissed without prejudice.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be

entered in this case by separate order this date in accordance with the Magistrate Judge's recommendation.

**Signed this date.**

**Nov 18, 2013**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE